PER CURIAM.
Affirmed. See and compare North Shore Hosp., Inc. v. Barber, 143 So.2d 849, *1371 853 (Fla.1962); Atlantic Asphalt Equip. Co., Inc. v. Mairena, 578 So.2d 292 (Fla. 3d DCA 1991); Value Rent-A-Car, Inc. v. Collection Chevrolet, Inc., 570 So.2d 1376, 1378 (Fla. 3d DCA 1990); De Ruyter v. State, 521 So.2d 135, 137 (Fla. 5th DCA 1988); Kuehne & Nagel, Inc. v. Esser Int’l, Inc., 467 So.2d 457 (Fla. 3d DCA 1985); Blum v. Merrill Stevens Dry Dock Co., 409 So.2d 192 (Fla. 3d DCA 1982); Almeida v. Trushin, 368 So.2d 346 (Fla.1979); Rudisill v. Taxicabs of Tampa, Inc., 147 So.2d 180 (Fla. 2d DCA 1962); Rokosa v. Hartford Jai-Alai, Inc., 37 Conn.Sup. 620, 430 A.2d 1318 (1981).